# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**UNITED STATES OF AMERICA** *          **DOCKET NO. 17-CR-93**

**VERSUS**                      *

**MARCUS ETIENNE AND**          *      **JUDGE WILLIAM ALSUP**
**ELIZABETH GOBERT**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT'S REQUEST FOR DISCOVERY

**ELIZABETH GOBERT,** defendant herein, hereby requests that the United States disclose all

matters listed below:

1)  Any relevant written or recorded statements made by defendant.

2)  That portion of any written record containing the substance of any relevant oral statement
    made by the defendant.

3)  Recorded grand jury testimony of the defendant relating to the offenses charged.

4)  The substance of any other relevant oral statement made by the defendant whether before
    or after arrest in response to interrogation by any person then known by the defendant to
    be a government agent if the government intends to use the statement at trial.

5)  The arrest and conviction record of defendant and Mr. Etienne.

6)  The general nature of any Rule 404(b) evidence, the content and specific nature of the
    evidence, to which defendant the evidence relates, and the purpose for which the evidence
    will be offered at trial.

Respectfully submitted:

**DORAN & CAWTHORNE, P.L.L.C.**

/s/ Pride J. Doran, #25035
pride@doranlawfirm.com
521 E. Landry Street
P.O. Box 2119
Opelousas, LA 70571
Phone: (337) 948-8008
Fax: (337) 948-0098

Attorney for Elizabeth Gobert

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system this 10th day of April, 2017.

/s/ Pride J. Doran