UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**UNITED STATES OF AMERICA** * **DOCKET NO. 17-CR-93**

**VERSUS** *

**MARCUS ETIENNE AND** * **JUDGE WILLIAM ALSUP**
**ELIZABETH GOBERT**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

```
Order re:
```
**STIPULATION**

     **NOW INTO COURT,** comes defendant, **ELIZABETH GOBERT** through undersigned counsel, who respectfully represents to this Honorable Court the following:

1.

     A Status Conference is set for Tuesday, April 25, 2017 at 2:00 p.m. for this matter.

2.

     Undersigned Counsel has a recently occurring scheduling conflict the resetting of which would be difficult, if at all possible.

3.

     The proposed continuance of the aforementioned Status Conference has been discussed with Assistant U. S. Attorney William Frentzen and Mr. Darryl Stallworth, counsel for Marcus Etienne, and they both agree to the conference being continued.

4.

     Undersigned Counsel requests this matter be rescheduled to May 16, 2017 as agreed upon by all parties, and with the understanding that said date is available, and amenable, to the Court.

5.

This motion is not meant to unduly delay the proceedings, and will have no such affect.

Respectfully submitted,

**DORAN & CAWTHORNE, PLLC**

/s/ Pride J. Doran, # 25035
pride@doranlawfirm.com
521 East Landry Street (70570)
Post Office Box 2119
Opelousas, LA 70571
Phone: (337) 948-8008
Fax: (337) 948-0098

Attorney for Elizabeth Gobert

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system this 10th day of April, 2017.

/s/ PRIDE J. DORAN, # 25035
pride@doranlawfirm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

**UNITED STATES OF AMERICA**   \*     **DOCKET NO. 17-CR-93**

**VERSUS**     \*

**MARCUS ETIENNE AND**     \*     **JUDGE WILLIAM ALSUP**
**ELIZABETH GOBERT**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Stipulation:

**IT IS ORDERED** that the Status Conference previously scheduled for 2:00 p.m., on April 25, 2017 is hereby upset and rescheduled for 2:00 p.m. on May 16, 2017.

**THUS DONE AND SIGNED** at <u>San Francisco</u>, California on this <u>12</u> day of <u>April</u>, 2017.

_____
UNITED STATES DISTRICT JUDGE