IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH GOBERT,<br><br>Defendant.<br>_____ / | No. CR 17-00093 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY DWAZENDRA SMITH** |

The *pro hac vice* application of Attorney Dwazendra Smith (Dkt. No. 61) is **DENIED** for failing to comply with Civil Local Rule 11-3 (applied to criminal actions through Criminal Local Rule 2-1). The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "Louisiana" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: October 30, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE